UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION
Brnovich v. Volkswagen AG, et al., )
    D. Arizona, C.A. No. 2:16-01426 )    MDL No. 2672

ORDER VACATING CONDITIONAL TRANSFER ORDER
AND VACATING THE JULY 28, 2016, HEARING SESSION ORDER

A conditional transfer order was filed in this action (*Brnovich*) on May 13, 2016. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Brnovich* filed a notice of opposition to the proposed transfer. Plaintiff later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Brnovich* was remanded to Maricopa County Superior Court, State of Arizona, by the Honorable Roslyn O. Silver in an order filed on June 23, 2016.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-40" filed on May 13, 2016, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on June 17, 2016, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel